UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALAJARA RESTAURANT, INC, <br><br> Plaintiff, <br><br> v. <br><br> GUADALAJARA'S TAQUERIA, FELIPE GONZALEZ-ENRIQUEZ and DOES 1 through 20 inclusive; <br><br> Defendant. | No. 1:14-CV-00443-MJS <br><br> **ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT** <br><br> **DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 30 DAYS .** <br><br> **(ECF. 13)** |

On June 20, 2014, Plaintiff , Guadalajara Restaurant, Inc., notified the Court that the parties to the above captioned matter had agreed to settle it in its entirety.  In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days from the date of this Order. If the parties conclude they cannot comply with this Order within the time allotted, they shall, before expiration of that time, file a request for extension and include therein their reasons for believing the Order cannot be complied with.

Failure to comply with this order may be grounds for the imposition of sanctions

against anyone who contributes to its violation.

    ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   June 24, 2014                    /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE