McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Christopher S. Hall, #203901
  christopher.hall@mccormickbarstow.com
Daniel S. Cho, #260902
  daniel.cho@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for GUADALAJARA
RESTAURANT, INC.

**FILED**
JUL 10 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GUADALAJARA RESTAURANT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FELIPE GONZALEZ-ENRIQUEZ dba GUADALAJARA'S TAQUERIA, and DOES 1 through 20 inclusive, <br><br> Defendants. | Case No. 1:14-cv-00443-AWI-MJS <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge:  Hon. Anthony W. Ishii |

WHEREAS, Plaintiff GUADALAJARA RESTAURANT, INC. ("Plaintiff") and Defendant FELIPE GONZALEZ-ENRIQUEZ dba GUADALAJARA'S TAQUERIA ("Defendant") entered into and executed a written Compromise and Settlement Agreement with an effective date of June 10, 2014 (the "Settlement Agreement").

WHEREAS, pursuant to the Settlement Agreement, the Parties agreed to stipulate to a dismissal of the action with prejudice, subject to the Court retaining jurisdiction over this case for the purpose of enforcing the terms of the Settlement Agreement, a true and correct copy of which is attached hereto as Exhibit "A."

NOW, THEREFORE, Plaintiff, by and through his attorney of record herein, and Defendant, individually, hereby stipulate and agree to the dismissal with prejudice of the complaint herein, with

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION OF DISMISSAL WITH PREJUDICE

06/23/2014 04:12 FAX 15593362300   McCormickBarstow   ☒003/009
Case 1:14-cv-00443-AWI-MJS   Document 17   Filed 07/11/14   Page 2 of 8
Case 1:14-cv-00443-AWI-MJS   Document 15   Filed 07/08/14   Page 2 of 8

1  the Court expressly retaining jurisdiction following dismissal for the purpose of enforcing the terms of
2  the Settlement Agreement.
3
4  DATED: ~~June~~ July 7, 2014                            _Felipe Gonzalez_
5                                                          Felipe Gonzalez-Enriquez
6
7                                                McCORMICK, BARSTOW, SHEPPARD,
8  Dated: ~~June~~ July 7, 2014                   WAYTE & CARRUTH LLP
9
10                                               By: _____
11                                                   Christopher S. Hall
                                                     Daniel S. Cho
12                                               Attorneys for GUADALAJARA RESTAURANT, INC.
13
14           It is so Ordered. Dated: 7-9-14
15
16                                 _____
                                   United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION OF DISMISSAL WITH PREJUDICE

06/23/2014 17:12 FAX 15594332300 McCormickBarstow Case 1:14-cv-00443-AWI-MJS Document 17 Filed 07/11/14 Page 3 of 8 ☒004/009

Case 1:14-cv-00443-AWI-MJS Document 15 Filed 07/08/14 Page 3 of 8

# Exhibit "A"

Case 1:14-cv-00443-AWI-MJS  Document 17  Filed 07/11/14  Page 4 of 8
06/23/2014 17:12 FAX 15584332300         McCormickBarstow                    ☒005/009

Case 1:14-cv-00443-AWI-MJS  Document 15  Filed 07/08/14  Page 4 of 8

## COMPROMISE AND SETTLEMENT AGREEMENT

**THIS COMPROMISE AND SETTLEMENT AGREEMENT** ("Agreement"), having an effective date of June 10, 2014 ("Effective Date"), is between GUADALAJARA RESTAURANT, INC. ("Guadalajara") having its principal place of business at 3020 N. Weber, Fresno, California 93705, and FELIPE GONZALEZ-ENRIQUEZ DBA GUADALAJARA'S TAQUERIA ("Gonzalez-Enriquez") having his principal place of business at 1627 E. Ashlan Avenue, Fresno, California 93704. Guadalajara and Gonzalez-Enriquez are collectively referred to as "the Parties" and in the singular as "Party".

## W I T N E S S E T H:

**WHEREAS**, on March 26, 2014, Guadalajara filed a civil action against Gonzalez-Enriquez in the United States District Court for the Eastern District of California, Case No. 1:14-CV-00443-AWI-MJS ("Civil Action") seeking damages for False Designation of Origin, False Description, and False Representation pursuant to 15 USC § 1125(a); Common-Law Service Mark and Trademark Infringement and Unfair Competition; and State Unfair Competition pursuant to Cal. Bus & Prof. Code §§ 17200, 17500 concerning its trademark and service mark rights in GUADALAJARA RESTAURANT (the "Mark") and Gonzalez-Enriquez' use of the mark GUADALAJARA'S TAQUERIA;

**WHEREAS**, on or about April 21, 2014, Gonzalez-Enriquez filed an answer in the Civil Action in which he asserted certain affirmative defenses; and

**WHEREAS**, the Parties desire to avoid the costs of investigation and litigation and hereby agree to compromise and settle the Civil Action and to resolve the differences between them.

Case 1:14-cv-00443-AWI-MJS   Document 17   Filed 07/11/14   Page 5 of 8
06/23/2014 17:13 FAX   15594332300           McCormickBarstow                    ☒006/009

Case 1:14-cv-00443-AWI-MJS   Document 15   Filed 07/08/14   Page 5 of 8

**NOW, THEREFORE**, for and in consideration of the promises and covenants contained herein and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Parties agree as follows:

1. With respect to Gonzalez-Enriquez' use of GUADALAJARA'S TAQUERIA, Gonzalez-Enriquez agrees as follows:

    (a) Gonzalez-Enriquez shall cease any and all use of the mark GUADALAJARA'S TAQUERIA, whether as a trademark, service mark, trade name, fictitious business name, or "dba", in connection with any restaurant business no later than **September 8, 2014** (the "Transition Period"). This includes, but is not limited to the following:

        i. Removal of all references to "GUADALAJARA", "GUADALAJARA'S", "GUADALAJARA'S TAQUERIA", or any similar variation thereof from any restaurant signage, menus, online advertising, Facebook or other social media, websites, and/or any marketing and sales materials.

        ii. During the Transition Period, Gonzalez-Enriquez will prominently display at any and all restaurant locations a sign that provides his restaurant and restaurant services are not affiliated with Guadalajara, for example: "This Restaurant Is Not Affiliated With Guadalajara's Taqueria, Located At 3020 N. Weber, Fresno, California 93705 and 1365 N. Willow Ave #160, Clovis, California 93619."

        iii. Gonzalez-Enriquez may continue to use "TAQUERIA" as part of any trademark, service mark, trade name, fictitious business name, or "dba".

    (b) Gonzalez-Enriquez agrees that he shall not use or register any domain names containing the term "Guadalajara" in connection with restaurant services.

06/23/2014 17:13 FAX 15584332500    McCormickBarstow    Case 1:14-cv-00443-AWI-MJS   Document 17   Filed 07/11/14   Page 6 of 8    ☑007/009

Case 1:14-cv-00443-AWI-MJS   Document 15   Filed 07/08/14   Page 6 of 8

  (c) Gonzalez-Enriquez shall further not use or register any trademark or service mark containing the term "GUADALAJARA."

2. Other Provisions:

  (a) Gonzalez-Enriquez shall notify its customers and vendors of his business name change, and will certify to Guadalajara that this has been done no later than **September 8, 2014**.

  (b) Neither Party shall hold itself out to any third party that it is affiliated with the other Party.

3. Within 20 days of the execution of this Agreement by the Parties, the Parties shall file a stipulated dismissal of the Civil Action, with the Court to retain jurisdiction to enforce the terms of this Agreement.

4. This Agreement applies to each Party, and each of its owners, officers, affiliates, agents, employees, attorneys-in-fact, and successors in interest, in the use of the term "Guadalajara" in connection with restaurant services.

5. Each Party warrants that it/he has authority to execute this Agreement.

6. Each Party understands and agrees that each Party has entered into this Agreement in order to prevent the expense of investigation and/or litigation, and that this Agreement does not constitute an admission of liability. This Agreement is a compromise and shall not in any way be construed as an admission of liability on the part of any Party hereto.

7. The Parties, and each of them, acknowledge that this Agreement is the product of negotiation by and among the Parties. The Parties acknowledge and agree that this Agreement shall not be deemed to be prepared or drafted by any one Party and that the normal rule of

JUN-09-2014 03:37 From:
06/10/2014 10:04 FAX 16684332300     McCormickBarstow        To:4332300          Page:4/5
                                                                                 ☒005/006

construction (that any ambiguities are to be resolved against the drafting party) shall not be employed in the interpretation or enforcement of this Agreement.

8. This written Agreement is the entire understanding among the Parties in connection with the subject matter of this Agreement. It supersedes any and all prior agreements of any nature, whether oral or written. It shall not be altered or modified except by a writing duly signed by each Party.

9. Unless otherwise prohibited by law, the Parties agree not to challenge or contest the validity and enforceability of the terms and provisions of this Agreement. If any portion of this Agreement is found to be unlawful, the remaining portions shall remain in full force and effect.

10. This Agreement is entered into in the State of California and it shall be construed and enforced in accordance with the laws of the State of California.

11. The Parties agree that each party is to bear its own costs and attorney's fees in connection with the dispute that is the subject of this Agreement. In the event of any dispute involving enforcement of this Agreement, the prevailing Party shall be entitled to its reasonable costs, and attorney's and expert's fees.

12. The Parties hereby agree that this Agreement can be signed in counterparts, and exchanged by facsimile, email, and that any such signatures will be, and are, binding.

IN WITNESS WHEREOF, the Parties have caused this Agreement to be duly executed and delivered as of the dates indicated below.

DATED: June 20, 2014                          *Felipe Gonzalez*
                                              FELIPE GONZALEZ-ENRIQUEZ

22012-00000 1974805.1

06/23/2014 17:13 FAX 15594332300   McCormickBarstow                           Case 1:14-cv-00443-AWI-MJS   Document 17   Filed 07/11/14   Page 8 of 8                                   ☒009/009

Case 1:14-cv-00443-AWI-MJS   Document 15   Filed 07/08/14   Page 8 of 8

JUN-09-2014 03:39 From:
06/19/2014 10:04 FAX  15594332300        McCormickBarstow        To:4332300            Page:5/5
                                                                                        ☒008/008

Dated: June 20, 2014                  GUADALAJARA RESTAURANT, INC.

                                      By: _____
                                      Title: _____

17028-00000 2074905.1